**Dismissed; Opinion Filed November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00751-CV

**SHIRLEY DELAYNE KEATON, Appellant**
**V.**
**A TO Z USA OPERATIONS, LLC, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87528**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By order dated August 30, 2019, we granted appellant's request for an extension of time to file her brief and ordered it to be filed by September 27, 2019. By postcard dated October 1, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not tendered her brief to the Court nor filed a motion seeking an additional extension of time to file her brief.

Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

190751F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY DELAYNE KEATON,
Appellant

No. 05-19-00751-CV     V.

A TO Z USA OPERATIONS, LLC,
Appellee

On Appeal from the 196th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 87528.
Opinion delivered by Justice Nowell.
Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee A TO Z USA OPERATIONS, LLC recover its costs of this appeal from appellant SHIRLEY DELAYNE KEATON.

Judgment entered this 6th day of November, 2019.